IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>FARXIGA (DAPAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION<br><br>TRACY BOULAIS, Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA PLC, ASTRAZENECA AB, and BRISTOL-MYERS SQUIBB CO., Defendants. | 1:19-CV-07230-KHP |
| IN RE:<br><br>FARXIGA (DAPAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION<br><br>TERRILYNN MARGADONNA, Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA PLC, ASTRAZENECA AB, and BRISTOL-MYERS SQUIBB CO., Defendants. | 1:19-CV-06470-KHP |

**[PROPOSED] ORDER EXTENDING STIPULATED
PROTECTIVE ORDER AND DISCOVERY AGREEMENT**

WHEREAS, on June 6, 2017, Judge Lorna Schofield entered Order No. 5 (1:17-md-2776, Doc. 38) extending the Stipulated Protective Order attached hereto as Exhibit A and the Discovery Agreement attached hereto as Exhibit B to the cases in the Farxiga MDL following the consent of counsel;

WHEREAS, Defendants Bristol-Myers Squibb Co., AstraZeneca LP, AstraZeneca Pharmaceuticals LP, AstraZeneca AB, and AstraZeneca PLC ("Defendants") subsequently produced extensive discovery in the MDL over the course of more than two years of litigation;

WHEREAS, on November 18, 2019, Counsel for Plaintiffs Tracy Boulais and Terrilynn Margadonna ("Plaintiffs") and Counsel for Defendants represented to this Court that they desire that the same Stipulated Protective Order and Discovery Agreement be entered in the above-captioned cases;

WHEREAS, upon the extension of the Stipulated Protective Order and Discovery Agreement to the above-captioned cases, the Parties have agreed that Counsel for Plaintiffs shall obtain from the MDL Plaintiffs' Steering Committee access to the discovery produced in the MDL;

WHEREAS, counsel for all parties have consented to this Court entering this Order extending the Stipulated Protective Order (attached as Exhibit A to this Order) and the Discovery Agreement (attached as Exhibit B to this Order) to the above-captioned cases;

WHEREAS, judicial economy and the convenience of the parties provided by extending the Stipulated Protective Order and the Discovery Agreement to these cases justifies departure from this Court's usual Individual Practice II (c-d);

It is SO ORDERED that the Stipulated Protective Order and Discovery Agreement attached to this Order as Exhibit A and Exhibit B, respectively, shall be extended to the above-captioned cases.

DATED: **11/22/2019**

_____
KATHARINE H. PARKER
United States Magistrate Judge
United States District Court
Southern District of New York