USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/06/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
**IN RE: FARXIGA (DAPAGLIFLOZIN)**
**PRODUCT LIABILITY LITIGATION**

TERRILYNN MARGADONNA,

                                  Plaintiff,

            -against-

AstraZeneca Pharmaceuticals LP,
AstraZeneca LP,
AstraZeneca PLC, AstraZeneca AB,
Bristol-Myers Squibb Co.,

                                  Defendants.
-------------------------------------------------------------------X
**IN RE: FARXIGA (DAPAGLIFLOZIN)**
**PRODUCT LIABILITY LITIGATION**

TRACY BOULAIS,

                                  Plaintiff,

            -against-

AstraZeneca Pharmaceuticals LP,
AstraZeneca LP,
AstraZeneca PLC, AstraZeneca AB,
Bristol-Myers Squibb Co.,

                                  Defendants.
-------------------------------------------------------------------X

19-CV-6470 (KHP)
19-CV-7230 (KHP)

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the parties' representation that they have settled this matter, the Settlement Conference scheduled for March 12, 2020 is hereby adjourned *sine die*.

**SO ORDERED.**

DATED:   New York, New York
         March 6, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge