UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/15/2020
```

Margadonna,

                Plaintiff,

-against-

Astrazeneca LP et al,

                Defendants.

<u>ORDER</u>

No. 19-cv-06470 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the parties' representation that they have settled this matter, it is ordered that this action will be dismissed without costs (including attorneys' fees) to either party on Friday, August 14, 2020**,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement.  **<u>To be clear, any request that the action not be dismissed must be filed on or before Friday, August 14, 2020; any request filed thereafter may be denied solely on that basis.</u>**

**SO ORDERED.**

Dated: New York, New York
       July 15, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge