Case 1:19-cv-06470-KHP   Document 30   Filed 10/30/20   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**IN RE: FARXIGA (DAPAGLIFLOZIN)
PRODUCT LIABILITY LITIGATION**

TERRILYNN MARGADONNA,

                                   Plaintiff,

                       -against-

AstraZeneca Pharmaceuticals LP,
AstraZeneca LP,
AstraZeneca PLC, AstraZeneca AB,
Bristol-Myers Squibb Co.,

                                   Defendants.
-----------------------------------------------------------------X

**19-CV-6470 (KHP)
19-CV-7230 (KHP)**

**ORDER CLOSING CASES**

**IN RE: FARXIGA (DAPAGLIFLOZIN)
PRODUCT LIABILITY LITIGATION**

TRACY BOULAIS,

                                   Plaintiff,

                       -against-

AstraZeneca Pharmaceuticals LP,
AstraZeneca LP,
AstraZeneca PLC, AstraZeneca AB,
Bristol-Myers Squibb Co.,

                                   Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the parties' representation that they have settled these matters, the Clerk of Court is hereby requested to close both cases with prejudice.

        **SO ORDERED.**

DATED:  New York, New York
October 30, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge